ALICIA A.G. LIMTIACO
United States Attorney
GARTH R. BACKE
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

FILED
Clerk
District Court

JAN 2 1 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **IN RE THE MATTER OF** | Case MC 15-0 0 0 02 |
| **CARMELITA GUIAO,** | **PETITION**<br>**FOR WRIT OF _HABEAS CORPUS_** |
| a CNMI Department of<br>Corrections inmate. | Date:   January 23, 2015<br>Time:   08:00 A.M. |

Pursuant to 28 U.S.C. § 2241(c)(5), the United States of America, through undersigned counsel, hereby petitions this Court for a Writ of _Habeas Corpus_ for Carmelita Guiao, who is currently in the custody of the Commonwealth of the Northern Mariana Islands Department of Corrections.  In support of this petition, the United States avers:

1. The Federal Bureau of Investigation has launched a criminal investigation and believes that Ms. Guiao may have vital information related to that investigation;

2. In order to make that determination, the United States must interview Ms. Guiao before the grand jury;

3. Ms. Guiao was issued a subpoena on January 20, 2015;

4. A writ of _habeas corpus_ is necessary to get an accurate statement from Ms. Guiao, and also to ensure her safety within and outside of the CNMI Department

of Corrections.

WHEREFORE, the United States requests that this Court issue a writ of *habeas corpus* directing the United States Marshals Service and/or any other appropriate federal law enforcement officer to produce Carmelita Guiao before this Court on the date and time stated above and at any subsequent time ordered by this Court.

Respectfully submitted on January 20, 2015.

ALICIA A.G. LIMTIACO
United States Attorney

By: _____
GARTH R. BACKE
Assistant United States Attorney