ALICIA A.G. LIMTIACO
United States Attorney
GARTH R. BACKE
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL:  (670) 236-2980
FAX:  (670) 236-2985

Attorneys for the United States of America

F I L E D
Clerk
District Court

JAN 21 2015

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IN RE THE MATTER OF<br><br>CARMELITA GUIAO,<br><br>a CNMI Department of Corrections inmate. | Case MC 15-00002<br><br>[PROPOSED] ORDER GRANTING PETITION FOR WRIT OF *HABEAS CORPUS*<br><br>Date:  January 23, 2015<br>Time:  08:00 A.M. |

1    Before the Court is the United States' petition for issuance of a writ of *habeas corpus*

2  ("the Petition") (ECF 1).

3    This Court finds that the inmate described in the Petition is now in the custody of the

4  CNMI Department of Corrections, and is a potential witness in a federal criminal investigation.

5  The Petition is therefore **GRANTED**.

6    Accordingly, the Commissioner of the CNMI Department of Corrections, and/or any

7  authorized agent thereof, shall deliver the above-named inmate to a Federal law enforcement

8  agent by no later than 08:00 A.M. on Friday, January 23, 2015.

9    This order shall constitute the writ of *habeas corpus* needed to secure the appearance of

10  the inmate on the date and time indicated above.

11    The prosecutor shall notify the U.S. Marshal when the inmate can be returned to CNMI

custody. A Federal law enforcement agent shall deliver the inmate back to the Commissioner of the CNMI Department of Corrections, and/or any authorized agent thereof, as soon as the inmate's presence is no longer required so that the inmate may return to CNMI custody.

**SO ORDERED** on January 21, 2015.

RAMONA V. MANGLONA
Chief Judge, United States District Court
District of the Northern Mariana Islands