F I L E D
Clerk
District Court
MAR 21 2019
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

IN RE: SEALED CRIMINAL CASES

Case No. 1:19-MC-00001

**ORDER**

FOR CAUSE SHOWN by the United States (Response, Mar. 15, 2019, ECF No. 4), the following twenty-eight cases are hereby unsealed. The Clerk or her designee is ordered to file a copy of this order in each case listed and unseal the record.

1) 1:12-cr-00027-1
2) 1:12-cr-00038-1
3) 1:12-mc-00032
4) 1:12-mc-00038
5) 1:13-mc-00044
6) 1:13-mc-00048
7) 1:13-mc-00051
8) 1:13-mc-00066
9) 1:14-mc-00009
10) 1:14-mc-00012
11) 1:14-mc-00013
12) 1:14-mc-00017
13) 1:14-mc-00025
14) 1:14-mc-00039
15) 1:14-mc-00040
16) 1:14-mc-00041
17) 1:15-mc-00002
18) 1:16-mc-00007
19) 1:16-mc-00012
20) 1:16-mc-00016
21) 1:16-mc-00018
22) 1:16-mc-00021
23) 1:16-mc-00027
24) 1:16-mc-00028
25) 1:17-mc-00003
26) 1:17-mc-00004
27) 1:17-mc-00011
28) 1:17-mc-00044

The following fourteen cases shall remain under seal until further order of the Court:

1) 1:15-mc-00016
2) 1:15-mc-00029
3) 1:16-mc-00001
4) 1:16-mc-00015
5) 1:16-mc-00022
6) 1:16-mc-00029
7) 1:16-mc-00033
8) 1:16-mc-00036
9) 1:16-mc-00037
10) 1:17-mc-00004-1
11) 1:17-mc-00012-1
12) 1:17-mc-00013-1
13) 1:17-mc-00021
14) 1:17-mc-00030

SO ORDERED this 21st day of March, 2019.

_____
RAMONA V. MANGLONA
Chief Judge